## UNION GAS & ELECTRIC CO v CROUCH

Ohio Supreme Court

No 22251.   Decided Dec. 10, 1930

Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ, concur.

## BOWES v INDUSTRIAL COMMISSION

Ohio Supreme Court

No 22568.   Decided Dec. 17, 1930

Kinkade, Robinson, Jones, Matthias and Allen, JJ, concur.   Marshall, CJ, dissents.

## MARSH, Relator v GOLDTHORPE, Mayor

Ohio  Supreme  Court

No 22393.   Decided Dec. 17, 1930

Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ, concur.